02C01-2111-PL-000471

Filed: 11/16/2021 2:02 PM
Clerk
Allen County, Indiana
BB

Allen Circuit Court

USDC IN/ND case 1:22-cv-00148-DRL-SLC document 5 filed 11/16/21 page 1 of 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) )§: | IN THE ALLEN CIRCUIT COURT |
| COUNTY OF ALLEN | ) | CAUSE NO.: |
| RANDOLPH J. LEE, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENERAL MOTORS FORT WAYNE ASSEMBLY PLANT, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff Randolph J. Lee alleges:

1. This is a complaint for age and disability discrimination and monetary damages.

2. Plaintiff Randolph J. Lee is an adult male citizen of Fort Wayne, Indiana and for all relevant times herein was employed by Defendant.

3. Defendant is a corporation authorized to do business in Indiana and does so at 12200 Lafayette Center Road, Roanoke, Indiana 46763 and at all relevant times herein employed Plaintiff.

4. Defendant employs 500 or more employees in a calendar year or preceding calendar year and is engaged in interstate commerce and is subject to Age Discrimination in Employment Act of 1967 as amended (ADEA) and the Americans with Disabilities Act Amendments Act of 2008, as amended.

5. This complaint is predicated on the Charge of Discrimination filed by Plaintiff on or about April 26, 2021 and attached as Exhibit 1. A notice of right to sue was issued October 27, 2021. See Exhibit 2. This complaint is timely filed.

6. Plaintiff alleges:

   a. He is a qualified fifty-nine (59) year old individual with a disability who worked as a production worker for Defendant since June of 2020;

   b. In February of 2021, Plaintiff started working in regular assembly or the IP line;

   c. On Plaintiff's first day in the IP department, Plaintiff's new supervisor Jason gave Plaintiff twenty (20) minutes to learn the job;

   d. Jason also started sending Plaintiff to complete other jobs within the department;

   e. Around the end of February, Plaintiff was reprimanded for stopping the line after he was assigned to a new job without any prior training;

   f. On March 21, 2021, Plaintiff was terminated for incompetence and poor workmanship;

   g. Young, non-disabled employees were not terminated for the same reasons.

   h. Plaintiff is 59 years old born in 1961.  Plaintiff alleges that he was discriminated pursuant to ADEA and AADA.

7. As a result of Defendant's conduct, Plaintiff lost his job and benefits and wages and was subjected to mental anguish, stress, embarrassment and humiliation and other damages yet to be determined.

WHEREFORE, the Plaintiff's seeks compensation, punitive damages and attorney's fees, and for all just and proper relief.

Respectfully submitted,

*/s/ Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel: 260.407.0040
Fax: 260.407.0039
Email: mark@slbolingerlaw.com
Counsel for Plaintiff

EEOC Form 5 (11/09)

| | |
|---|---|
| **CHARGE OF DISCRIMINATION** | Charge Presented To:    Agency(ies) Charge No(s): |
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA    EC-0060-A21 <br> [X] EEOC    24D-2021-00226 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

Name (indicate Mr., Ms., Mrs.): **Randolph J. Lee**
Home Phone (Incl. Area Code): -
Date of Birth: **1961**

Street Address: **1825 3rd Street, Fort Wayne, IN 46808**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **GENERAL MOTORS FORT WAYNE ASSEMBLY PLANT**
No. Employees, Members: **500 or More**
Phone No.: **(260) 673-2345**
Street Address: **12200 Lafayette Center Road, Roanoke, IN 46783**

DISCRIMINATION BASED ON (Check appropriate box(es).):
[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **03-21-2021**    Latest: **03-21-2021**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified fifty-nine (59) year old individual with a disability who has worked as a Production Worker for General Motors Fort Wayne Assembly Plant ("G.M.") since June of 2020. In February of 2021, I started working in regular assembly on the IP line. On my first day in the department, my new supervisor Jason ("Jason") gave me twenty (20) minutes to learn the job. Jason also started sending me to complete other jobs within the department. Around the end of February, I was reprimanded for stopping the line after I was assigned to a new job without any prior training. On March 21, 2021, I was terminated for incompetence and poor workmanship. I don't believe that younger, non-disabled employees are terminated for these same reasons.

For these reasons, I believe I have been discriminated against on the basis of my age, fifty-nine (59) years old and my disability in violation of the Age Discrimination in Employment Act of 1967 as amended, and the Americans with Disabilities Act Amendments Act of 2008, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 26, 2021    /s/ Randolph J. Lee
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: /s/ Randolph J. Lee

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**EXHIBIT A**

EEOC Form 161 (11/2020)　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Randolph J. Lee<br>1825 3rd Street<br>Fort Wayne, IN 46808 | From: | Indianapolis District Office<br>101 West Ohio Street, Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2021-00226 | Frederick J. BruBaker,<br>Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Michelle Eisele*　10/27/2021

Enclosures(s)

Michelle Eisele,
District Director
　(Date Issued)

**EXHIBIT B**